IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN      DIVISION

RECEIVED

2021 APR 16 PM 5:03

CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

Vincent Cannady DBA National Veterans Service Bureau
_____
_____

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*


**-against-**

Missouri Department of Mental Health
_____
Brian C. Wimes
_____
David S. Baker
_____

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 21- CV-5038

*(to be filled in by the Clerk's Office)*


**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ✓ Yes ____ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Vincent N. Cannady DBA National Veterans Service Bureau |
| Street Address | 17472 S 2950 Road |
| City and County | El Dorado Spring |
| State and Zip Code | Mo 64744 |
| Telephone Number | 202-253-2300 |
| E-mail Address | vnc@nvsb.org |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Missouri Department of Mental Healrh |
| Job or Title (if known) | |
| Street Address | 821 Admiral Blvd |
| City and County | Kansas City and Jackson |
| State and Zip Code | Missouri and 64110 |
| Telephone Number | 573-751-4122 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Brian C. Wimes |
| Job or Title (if known) | District Judge |
| Street Address | 400 E. 9th Street |
| City and County | Kansas City and Jackson |

2

State and Zip Code    MO   and 64106

Telephone Number   816-512-5000

E-mail Address
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☑ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

violations of 4th, 5th, 6h, 7th and 14th Amendments including the Americans with Disabilities Act 1993, Civil Rights Act of 1963 Violations of Title 38 US Code § 4311, 28 U.S. Code § 455

☑ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.
Brian C. Wimes

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

     A.     The Plaintiff(s)

The plaintiff, *(name)* Vincent Cannady _____, is a citizen of the State of *(name)* Missouri _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B.  The Defendant(s)

    1.  If the defendant is an individual

        The defendant, *(name)* Missouri Dept. of Mental Healt, is a citizen of
        the State of *(name)* Missouri
        _____. *Or* is a citizen of
        *(foreign nation)* _____.

    2.  If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an
    additional page providing the same information for each additional
    defendant.)*

C.  The Amount in Controversy

    The amount in controversy----the amount the plaintiff(s) claims the
    defendant(s) owes or the amount at stake----is more than $75,000, not
    counting interest and costs of court, because *(explain)*:

    10,000,000 because intentional infliction of emotional distress, compensatory and
    punitive damages because Cannady lost his job, Cannady is a sole propietorship owner
    whos SDVOSB company has not had any contracts since erroneous 2018 charge filed

# III.  Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal
arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

The Defendant Missouri Department of Mental Health is a Citizen of the State of Missouri

The Defendant Brian C. Wimes is a Citizen of the State of Missouri

The Defendant David S. Baker is a Citizen of the State of Kansas

The Defendant Fisher, Patterson, Sayler & Smith is a Citizen of the State of Kansas

The Defendant Office of Administration is a Citizen of the State of Missouri

The Defendant Jane Doe is a Citizen of the State of Missouri

The Defendant John Doe is a Citizen of the State of Missouri

## Jurisdiction- Federal Question

Violations of the 4th, 5th, 6h, 7th and 14th Amendments including the Americans with Disabilities Act, Violations of Title 38 US Code § 4311, 28 U.S. Code § 455 Diversity Jurisdiction 28 USC § 1332.

## Supplemental Statement of Claim

1.  Brian C. Wimes in his Official and Un-Official Capacity did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said

violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

2.    Brian C. Wimes in his Official and Un-Official Capacity violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in violation of the ADA, Civil Rights Act, $4^{th}, 5^{th}, 6$, and 14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

3.    Brian C. WImes in his Official and Un-Official Capacity is a District Judge. The US District Court of Western Missouri did violate the Plaintiffs $4^{th}, 5^{th}, 6^{th}$, and 14th Amendment rights because the Plaintiff has not been given Discovery, Disclosure or right to face his accuser. Harold L. Dump II, is DENYING the Plaintiff's ADA Accommodations and is in violation of the ADA, Civil Rights Act, $4^{th}, 5^{th}, 6^{th}$, 14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1, 250,000 for said violations which lead to harm of Plaintiff's reputation and his business National Veterans Service Bureau.

4. Brian C. WImes in his Official and Un-Official Capacity was aware of the Lawsuit against the previous Judge who he is friends with. This Lawsuit states that Harold L. Dump, II is retaliating against the Plaintiff for filing against his friend. The Plaintiff is a disabled veteran and his rights under Title 38 US Code § 4311 are being violated because Bates County does not have Jurisdiction over Vernon County. The Plaintiff's ADA, Civil Rights Act of 1964 Title V, and Commerce Act violations. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

5. Brian C. Wimes in his Official and Un-Official Capacity took the case in order to violate the Plaintiff's Civil Rights. The Plaintiffs is a person of color with Caucasian Ancestry but the State Court of Missouri lists him as Black while he identifies with his Irish Ancestry. Plaintiffs concludes that because of the mass incarceration of African Americans that he was targeted for criminal persecution even though he has no criminal record of convictions of anything beyond an infraction. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of

1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

6.    Brian C. Wimes in his Official and Un-Official Capacity as a Judge of the Federal Court in the State of Missouri allows the State of Missouri to prosecute disabled veterans and does not protect veterans from illegal prosecution. The State of Missouri takes away from Veterans Rights under Title 38 US Code § 4311 by instituting a law that allows Veterans to seek veterans Court BEFORE a conviction instead of AFTER being convicted in a Court of Law. Resulting in many veterans including the Plaintiff being DENIED a transfer to the Veterans Courts in the State of Missouri. This is in violation of the ADA, 4th, 5th, 6th, and 14th Amendments, the Civil Rights Act, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations. which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

7.    Brian C. Wimes in his Official and Un-Official Capacity did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA

Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th, 6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

8. Brian C. Wimes in his Official and Un-Official Capacity violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in violation of the ADA, Civil Rights Act, 4th,5th,6, and 14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

9. Brian C. Wimes in his Official and Un-Official Capacity is a District Judge of The US District Court of Western Missouri, did violate the Plaintiff's 4th,5th, 6th, and 14th Amendment rights because the Plaintiff has not been given Discovery, Disclosure or right to face his accuser. Brian C. Wimes is DENYING the Plaintiff ADA Accommodations and is in violation of the ADA, Civil Rights Act, 4th,5th,6th, 14th Amendments, and Title 38 USC § 4311.

Plaintiff seeks the relief of $1, 250,000 for said violations which lead to harm of Plaintiff's reputation and his business National Veterans Service Bureau.

10.    David S. Baker is refusing **Plaintiff ADA Accommodation,** in his official and un-Official Capacity, that is causing Mr. Vincent Cannady to not reach a settlement because of the Plaintiffs Color and the race listed on the charge against the Plaintiff. Plaintiff states that it is racial bias that keeps Baker from reaching an agreement to end the charges against the Plaintiff. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Compensatory and Punitive Damages for said violations.

11.    David S. Baker is refusing to complete Discovery and is working in collusion against the Plaintiff with Pyle, Dump and Wimes to convict the Plaintiff who has no convictions on his record, therefore it is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

12.    Hugh C. Jenkins is a client of David S. Baker has not produced Melissa Miller for Deposition, Admissions or Interrogatories. Jenkins refuses to let Plaintiff or his wife see the file in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiff's reputation and his business National Veterans Service Bureau.

13.    The Missouri Office of Administration terminated the Plaintiff's employment due to Jenkins ( Baker's Client) charge without a witness against Cannady who cannot travel or even attend Court due to his Preexisting serious Heart Condition. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

14.    The State of Missouri Office of Administration is not providing Cannady with Unemployment due to the actions of David S. Baker a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act,

Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

15.    Bates County Clerk's Office did purposefully and willfully NOT Docket Plaintiff's Motions, Emails, and other filings in a vague and confusing manner as to hinder Plaintiff in presenting an adequate defense in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

16.    Defendant Fisher, Patterson, Sayler & Smith did purposefully and willfully ORDER Bates County to NOT Docket Plaintiff's Appeal in the Missouri Court of Appeals for Three months as to hinder Plaintiff in presenting an adequate defense in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

17.    The Missouri Department of Mental Health is violating Plaintiff's ADA Rights by trying to hold a Mental examination of Plaintiff while Plaintiff is under mental health care of the Department of Veterans Affairs in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th, 6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

18.    David S. Baker is trying to use the Missouri Department of Mental Health to retaliate against Plaintiff for filing a lawsuit against the State of Missouri, Jenkins, and Bates County. Wimes, Baker, Jenkins and the Missouri Department of Mental Health, in collusion are trying to institutionalize Plaintiff for being mentally unfit when he is a Cyber Security Student at Penn State and runs a Government Service Company that has had contracts with the Department of Veterans Affairs in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th, 6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

19.    Defendant Fisher, Patterson, Sayler & Smith, knew that Melissa Miller did file a false charge against Plaintiff. Plaintiff believes that Melissa Miller does not exist or that Baker, Wimes, and Hugh Jenkins is using her to illegally Prosecute Cannady without presenting her for Cross Examination or Depositions. in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

20.    Jane and John Doe did willfully violate Plaintiffs Civil Rights in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

The Plaintiff is seeking funds from this Court except for it is a requirement in order to file for a lawsuit he seeks an Injunctive Relief but feels he is owed the funds he is asking the Court for Due to the Defendants violations of his Civil Rights.

The Defendant Missouri Department of Mental Health is a Citizen of the State of Missouri.

The Defendant Brian C. Wimes is a Citizen of the State of Missouri.

The Defendant David S. Baker is a Citizen of the State of Kansas.

The Defendant Fisher, Patterson, Sayler & Smith is a Citizen of the State of Kansas.

The Defendant Office of Administration is a Citizen of the State of Missouri.

The Defendant Boughton M. Earnest is a Citizen of the State of Maryland.

The Defendant Hugh C. Jenkins is a Citizen of Missouri.

The Defendant Thomas Pyle is a Citizen of Missouri.

The Defendant Harold L. Dump is a Citizen of Missouri.

The Defendant Melissa L. Miller is a Citizen of Missouri.

The Defendant Scott G. Patterson is Citizen of Maryland.

The Defendant Jane Doe is a Citizen of the State of Missouri.

The Defendant John Doe is a Citizen of the State of Missouri.

2021 APR 16 PM 5:04 RECEIVED

## _Jurisdiction- Federal Question_

Violations of the 4th, 5th, 6h, 7th and 14th Amendments including the Americans with Disabilities Act, Violations of Title 38 US Code § 4311, 28 U.S. Code § 455 Diversity Jurisdiction 28 USC § 1332.

1

## *Supplemental Statement of Claim*

1.     Brian C. Wimes in his Official and Un-Official Capacity did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.


2.     Brian C. Wimes in his Official and Un-Official Capacity violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in violation of the ADA, Civil Rights Act, 4th,5th,6, and 14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.


3.     Brian C. Wimes in his Official and Un-Official Capacity is a District Judge. The US District Court of Western Missouri did violate the Plaintiffs 4th,5th, 6th, and 14th Amendment rights because the Plaintiff has not been given Discovery,

2

Disclosure or right to face his accuser. Harold L. Dump II, is DENYING the Plaintiff's ADA Accommodations and is in violation of the ADA, Civil Rights Act, $4^{th}, 5^{th}, 6^{th}, 14^{th}$ Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1, 250,000 for said violations which lead to harm of Plaintiff's reputation and his business National Veterans Service Bureau.

4.     Brian C. Wimes in his Official and Un-Official Capacity was aware of the Lawsuit against the previous Judge who he is friends with. This Lawsuit states that Harold L. Dump, II is retaliating against the Plaintiff for filing against his friend. The Plaintiff is a disabled veteran and his rights under Title 38 US Code § 4311 are being violated because Bates County does not have Jurisdiction over Vernon County. The Plaintiff's ADA, Civil Rights Act of 1964 Title V, and Commerce Act violations. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

5.     Brian C. Wimes in his Official and Un-Official Capacity took the case in order to violate the Plaintiff's Civil Rights. The Plaintiffs is a person of color with Caucasian Ancestry but the State Court of Missouri lists him as Black while he identifies with his Irish Ancestry. Plaintiffs concludes that because of the mass

3

incarceration of African Americans that he was targeted for criminal persecution even though he has no criminal record of convictions of anything beyond an infraction. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

6.  Brian C. Wimes in his Official and Un-Official Capacity as a Judge of the Federal Court in the State of Missouri allows the State of Missouri to prosecute disabled veterans and does not protect veterans from illegal prosecution. The State of Missouri takes away from Veterans Rights under Title 38 US Code § 4311 by instituting a law that allows Veterans to seek veterans Court BEFORE a conviction instead of AFTER being convicted in a Court of Law. Resulting in many veterans including the Plaintiff being DENIED a transfer to the Veterans Courts in the State of Missouri. This is in violation of the ADA, 4th, 5th, 6th, and 14th Amendments, the Civil Rights Act, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations. which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

4

7. Brian C. Wimes in his Official and Un-Official Capacity did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

8. Brian C. Wimes in his Official and Un-Official Capacity violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in violation of the ADA, Civil Rights Act, 4th,5th,6, and 14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

9. Brian C. Wimes in his Official and Un-Official Capacity is a District Judge of The US District Court of Western Missouri, did violate the Plaintiff's 4th,5th, 6th, and 14th Amendment rights because the Plaintiff has not been given Discovery, Disclosure or right to face his accuser. Brian C. Wimes is DENYING the Plaintiff ADA Accommodations and is in violation of the ADA, Civil Rights Act, 4th,5th,6th,

5

14th Amendments, and Title 38 USC § 4311. Plaintiff seeks the relief of $1,250,000 for said violations which lead to harm of Plaintiff's reputation and his business National Veterans Service Bureau.

10.     David S. Baker is refusing **Plaintiff ADA Accommodation,** in his official and un-Official Capacity, that is causing Mr. Vincent Cannady to not reach a settlement because of the Plaintiffs Color and the race listed on the charge against the Plaintiff. Plaintiff states that it is racial bias and discrimination that keeps Baker from reaching an agreement to end the charges against the Plaintiff. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Compensatory and Punitive Damages for said violations.

11.     David S. Baker is refusing to complete Discovery and is working in collusion against the Plaintiff with Pyle, Dump and Wimes to convict the Plaintiff who has no convictions on his record, therefore it is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

6

12.    Hugh C. Jenkins is a client of David S. Baker has not produced Melissa Miller for Deposition, Admissions or Interrogatories. Jenkins refuses to let Plaintiff or his wife see the court file in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiff's reputation and his business National Veterans Service Bureau.


13.    The Missouri Office of Administration terminated the Plaintiff's employment due to Jenkins (Baker's Client) charge without a witness against Cannady who cannot travel or even attend Court due to his Preexisting serious Heart Condition. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.


14.    The State of Missouri Office of Administration is not providing Cannady with Unemployment due to the actions of David S. Baker, a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of

7

1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

15.     Bates County Clerk's Office did purposefully and willfully NOT Docket Plaintiff's Motions, Emails, and other filings in a vague and confusing manner as to hinder Plaintiff in presenting an adequate defense in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

16.     Defendant Fisher, Patterson, Sayler & Smith did purposefully and willfully ORDER Bates County to NOT Docket Plaintiff's Appeal in the Missouri Court of Appeals for Three months as to hinder Plaintiff in presenting an adequate defense in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

17.     The Missouri Department of Mental Health is violating Plaintiff's ADA Rights by trying to hold a Mental examination of Plaintiff while Plaintiff is under mental health care of the Department of Veterans Affairs in violation of the

8

Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

18.     David S. Baker is trying to use the Missouri Department of Mental Health to retaliate against Plaintiff for filing a lawsuit against the State of Missouri, Jenkins, and Bates County. Wimes, Baker, Jenkins and the Missouri Department of Mental Health, in collusion are trying to institutionalize Plaintiff for being mentally unfit when he is a Cyber Security Student at Penn State and runs a Government Service Company that has had contracts with the Department of Veterans Affairs in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

19.     Defendant Fisher, Patterson, Sayler & Smith, knew that Melissa Miller did file a false charge against Plaintiff. Plaintiff believes that Melissa Miller does not exist or that Baker, Wimes, and Hugh Jenkins is using her to illegally Prosecute Cannady without presenting her for Cross Examination or Depositions in violation

9

of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

20.     Jane and John Doe did willfully violate Plaintiffs Civil Rights in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311.

21.     Harold L Dump, II in his Official and Un-Official Capacity did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

22.     Harold L. Dump, II in his Official and Un-Official Capacity violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in violation of the ADA, Civil Rights Act, 4th,5th,6, and

10

14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

23.     Harold L. Dump, II in his Official and Un-Official Capacity is a Associate Judge The State Court of Missouri did violate the Plaintiffs 4th,5th, 6th, and 14th Amendment rights because the Plaintiff has not been given Discovery, Disclosure or right to face his accuser. Harold L. Dump, II is DENYING the Plaintiff ADA Accommodations and is in violation of the ADA, Civil Rights Act, 4th,5th,6th, 14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1, 250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

24.     Harold L. Dump, II in his Official and Un-Official Capacity was aware of the Lawsuit against the previous Judge who he is friends with. This Lawsuit states that Harold L. Dump, II is retaliating against the Plaintiff for filing against his friend. The Plaintiffs is a disabled veteran and his rights under Title 38 US Code § 4311 are being violated because Bates County does not have Jurisdiction over Vernon County. The Plaintiffs ADA, Civil Rights Act of 1964 Title V, and

11

Commerce Act violations. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

25.     Harold L. Dump, II in his Official and Un-Official Capacity was forced to take the case when the previous Judge Recused herself for violating the Plaintiffs Civil Rights. The Plaintiffs is a person of color with Caucasian Ancestry but the State Court of Missouri list him as Black while he identifies with his Irish Ancestry. Plaintiffs concludes that because of the mass incarceration of African Americans that he was targeted for criminal persecution even though he has no criminal record of convictions of anything beyond an infraction. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

26.     Harold L. Dump, II in his Official and Un-Official Capacity as a Judge of the State of Missouri prosecutes disabled veterans and does not protect veterans from illegal prosecution. Earnest takes away from Veterans Rights under Title 38

12

US Code § 4311 by instituting a law that allows Veterans to seek veterans Court BEFORE a conviction instead of AFTER being convicted in a Court of Law. Resulting in many veterans including the Plaintiff being DENIED a transfer to the Veterans Courts in the State of Missouri. This is in violation of the ADA, 4th, 5th, 6th, and 14th Amendments, the Civil Rights Act, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations. which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

27.    Harold L Dump, II in his Official and Un-Official Capacity did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

28.    Thomas G. Pyle in his Official and Un-Official Capacity violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in violation of the ADA, Civil Rights Act, 4th,5th,6, and 14th Amendments, and Title 38 US Code § 4311. Plaintiff seeks the relief of

13

$250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

29.   Thomas G. Pyle in his Official and Un-Official Capacity is a Associate Judge, The State Court of Missouri did violate the Plaintiffs 4th, 5th, 6th, and 14th Amendment rights because the Plaintiff has not been given Discovery, Disclosure or right to face his accuser. Harold L. Dump, II is DENYING the Plaintiff ADA Accommodations and is in violation of the ADA, Civil Rights Act, 4th, 5th, 6th, 14th Amendments, and Title 38 USC § 4311. Plaintiff seeks the relief of $1,250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

30.   Thomas G. Pyle in his Official and Un-Official Capacity was aware of the Lawsuit against the previous Judge who he is friends with. This Lawsuit states that Harold L. Dump, II is retaliating against the Plaintiff for filing against his friend. The Plaintiffs is a disabled veteran and his rights under 38 US Code § 4311 are being violated because Bates County does not have Jurisdiction over Vernon County. The Plaintiffs ADA, Civil Rights Act of 1964 Title V, and Commerce Act

14

violations. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

31.     Thomas G. Pyle in his Official and Un-Official Capacity was forced to take the case when the previous Judge Recused himself for violating the Plaintiffs Civil Rights. The Plaintiff is a person of color with Caucasian Ancestry but the State Court of Missouri lists him as Black while he identifies with his Irish Ancestry. Plaintiffs concludes that because of the mass incarceration of African Americans that he was targeted for criminal persecution even though he has no criminal record of convictions of anything beyond an infraction. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

32.     Thomas G. Pyle in his Official and Un-Official Capacity as a Judge of the State of Missouri prosecutes disabled veterans and does not protect veterans from illegal prosecution. Thomas G. Pyle takes away from Veterans Rights under Title 38 US Code § 4311 by instituting a law that allows Veterans to seek veterans Court

15

BEFORE a conviction instead of AFTER being convicted in a Court of Law. Resulting in many veterans including the Plaintiff being DENIED a transfer to the Veterans Courts in the State of Missouri. This is in violation of the ADA, 4th, 5th, 6th, and 14th Amendments, the Civil Rights Act, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations. which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

33.    Thomas G. Pyle in his Official and Un-Official Capacity did willfully violate Plaintiff's Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 USC § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

34.    Thomas G. Pyle in violation of the 4th, 5th, 6th and 14th Amendments, did in his Official and Un-Official Capacity have a Hearing where the Plaintiff was not present, made a ruling, and the Plaintiff had filed a Motion to Continue and sent the Motion to him by email. In that hearing Pyle Quashed a Subpoena of Harold Dump who is accused of Bias and had a Motion to Recuse filed. This is in

16

violation of the ADA, 4th, 5th, 6th, and 14th Amendments, the Civil Rights Act, and Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations. which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

35.     Hugh C. Jenkins is refusing Plaintiff's ADA Accommodation. The Plaintiff acknowledges that in Jenkin's official capacity he has the right to file charge, the Plaintiff is filing suit against Jenkins in his un-Official Capacity, which is causing the Plaintiff to not reach a settlement because of the Plaintiffs Color and the race listed on the charge against the Plaintiff. Plaintiff states that it is racial bias that keeps Jenkins from reaching an agreement to end the charges against the Plaintiff. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment rights, the Americans with Disability Act, the Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

36.     Hugh C. Jenkins is refusing to complete Discovery and is working in collusion against the Plaintiff with Pyle, Dump and Wimes to convict the Plaintiff who has no convictions on his record, which is a violation of the Plaintiffs 4th, 5th,

17

6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

36.    Hugh C. Jenkins has not produced Melissa Miller for Deposition, Admissions or Interrogatories. Jenkins refuses to let Plaintiff or his wife see the court file in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

37.    Earnest M. Broughton did willfully violate Plaintiffs Civil Rights by ignoring Plaintiff's request for an ADA Accommodations in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th, 6th and 14th Amendments to the Constitution. Plaintiff seeks the relief of $250,000 for said violations.

38.    Earnest M. Broughton violated the Plaintiff's Title V of the Civil Rights Act of 1964 by not allowing Plaintiff to Appear by Written Motions in

18

violation of the ADA, Civil Rights Act, 4th, 5th, 6th, and 14th Amendments and USC Title 38. Plaintiff seeks the relief of $250,000 for said violations.

39.     Earnest M. Broughton is a retired Judge who is 77 years old. Plaintiff requested plaintiff's case NOT BE ruled on by Judge Broughton, since Judge Broughton was retired. The State Court of Maryland did violate the Plaintiffs 4th, 5th, 6th, and 14th Amendment rights because the Plaintiff is not a Citizen of their State he is a citizen of the state of Missouri. The State of Maryland and Earnest M. Broughton is DENYING the Plaintiff ADA Accommodations and is in violation of the ADA, Civil Rights Act, 4th, 5th, 6th, and 14th Amendments, and 38 USC. Plaintiff seeks the relief of $1, 250,000 for said violations.

40.     Earnest M. Broughton was aware of Plaintiff's Lawsuit against previous Judge Kehoe, who is his friend. This Lawsuit states that Earnest M. Broughton is retaliating against the Plaintiff for filing against his friend. The Plaintiff is a disabled veteran and is being discriminated against. The Plaintiffs ADA, Civil Rights Act of 1964, Title V, and Commerce Act violations. Plaintiff seeks the relief of $250,000 for said violations.

41.    Broughton M. Earnest was forced to retire in 2013 due his advanced age. It has been seven years since his retirement and the possible loss of mental acumen would affect the case against the Plaintiff. Furthermore, Judge Broughton has a history of ruling against African Americans or people of color. The Plaintiff is a person of color with Caucasian Ancestry but the State Court of Maryland lists him as Black, while he identifies with his Irish Ancestry. Plaintiff concludes that because of the mass incarceration of African Americans that he was targeted for criminal persecution even though he has no criminal record of convictions of anything beyond an infraction. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $250,000 for said violations.


42. Broughton M. Earnest is a Judge of the State of Maryland and prosecutes disabled veterans and does not protect veterans from illegal prosecution. Broughton takes away from Veterans Rights under Title 38 by instituting a law that allows Veterans to seek veterans Court AFTER a conviction instead of BEFORE being convicted in a Court of Law. Resulting in many veterans, including the Plaintiff, being DENIED a transfer to the Veterans

20

Courts in the State of Maryland. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $250,000 for said violations.

43. Earnest M. Broughton did violate Plaintiff's Civil Rights by DENYING plaintiff's ADA Accommodation letter from Numerous Doctors, stating that Doctor's Letters were not testimony. Broughton wants to Depose Cannady's Doctor without filing for a Subpoena. Federal Law requires only a Doctor's Letter in order to be removed from Jury Duty, therefore a Doctors Letter for ADA Accommodations is sufficient to Show Cause which the Plaintiff has shown cause on more than one Occasion. The refusal to accept a Doctors Letter of plaintiff's serious medical condition and threats of incarceration for not appearing is a violation of Plaintiffs ADA Civil Rights. Cannady has a ADA Accommodation to appear on in Written Format which Earnest is ignoring. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau. This is in violation of the Plaintiff's 4th, 5th, 6th, and 14th Amendments, the ADA, Civil Rights Act of 1964, and Title 38 USC. Plaintiff seeks the relief of $1,250,000 for said violations.

44.    Scott G. Patterson is refusing **Plaintiff ADA Accommodation**. The Plaintiff acknowledges that in his official capacity he has the right to file charge, the Plaintiff is filing suit against Patterson in his un-Official Capacity that is causing the Defendant to not reach a settlement because of the Plaintiffs Color and the race listed on the charge against the Plaintiff. Plaintiff states that it is racial bias that keeps Patterson from reaching an agreement to end the charges against the Plaintiff. This is a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

45.    Scott G. Patterson is refusing to complete Discovery and is working in collusion against the Plaintiff to convict the Plaintiff who has no convictions on his record and after Discovery was denied due to Broughton refusing to allow the Public Defender Petticolas to Withdraw from the case in Order to avoid Discovery, a violation of the Plaintiffs 4th, 5th, 6th, and 14th Amendment, the Americans with Disability Act, Civil Rights Act of 1964, and Title 38 US Code § 4311. Plaintiff seeks the relief of $1,250,000 for Intentional Inflictions of Emotional Distress for said violations.

46.    Scott G. Patterson has not produced any Witnesses for Deposition, Admissions or Interrogatories. Patterson refuses to let Plaintiff or his wife see the

22

file in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiff's reputation and his business National Veterans Service Bureau.

47.     Melissa Miller did file false charge against Plaintiff. Plaintiff believes that Melissa Miller does not exist or that Hugh Jenkins is using her to illegally Prosecute Cannady without presenting her for Cross Examination or Depositions, in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations which lead to harm of Plaintiffs reputation and his business National Veterans Service Bureau.

48.     Jane and John Doe did willfully violate Plaintiff's Civil Rights in violation of the Americans with Disabilities Act of 1994, Civil Rights Act of 1964, 4th, 5th,6 and 14th Amendments to the Constitution, Title 38 US Code § 4311. Plaintiff seeks the relief of $250,000 for said violations.

The Plaintiff is seeking funds from this Court except for it is a requirement in order to file for a lawsuit he seeks an Injunctive Relief but feels he is owed the funds he is asking the Court for Due to the Defendants violations of his Civil Rights.

23

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Cannady lost his job- see supplemental statement of claim $1,250,000 compensatory damages

2. Cannady lost contracts- see supplemental statement of claim $1,250,000 compensatory damages

3. Cannady lost his health- see supplemental statement of claim $1,250,000 compensatory damages

4. Cannady lost his property- see supplemental statement of claim $1,250,000 compensatory damages

5. Cannady civil right violated- see supplemental statement of claim $1,250,000 compensatory damages

6. Cannady is a disabled veteran - see supplemental statement of claim $1,250,000 compensatory damages

7. Cannady lost his reputation- see supplemental statement of claim $1,250,000 compensatory da

8. Cannady was falsely accused, investigated, and discriminated against- $1,259,000 compensato

9. Cannady was harmed by the collusion of the Wimes and Baker $1,259,999 compensatory dama

10. Cannady has been denied discovery by Wimes which have won cases for Cannady $1,2500,0

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

$12,000,000 the reasons stated in his claim and supplemental statement of claims filed with the C

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes [✓]        No [ ]

Do you claim actual damages for the acts alleged in your complaint?

Yes [✓]        No [ ]

Do you claim punitive monetary damages?

Yes [✓]        No [ ]

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

actual damages come from loss of employment/retirement and government contracts $7,500,000, punitive

damages are from loss of reputation and health $2,500,000

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 14 , 20 21 .

Signature of Plaintiff

Printed Name of Plaintiff    Vincent Cannady

6